[No. 27453-5-III.  Division Three.  September 1, 2009.]

Eva Sadecki, *Appellant*, v. The Department of Labor and Industries, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-2-02111-5, Blaine G. Gibson, J., entered August 29, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J.; Korsmo, J., concurring in the result only.

[No. 27476-4-III.  Division Three.  September 1, 2009.]

The State of Washington, *Appellant*, v. Karynda Michelle Bender, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01652-9, Maryann C. Moreno, J., entered September 9, 2008. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 37350-5-II.  Division Two.  September 3, 2009.]

The State of Washington, *Respondent*, v. Matthew J. Galvin, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05276-5, John R. Hickman, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Becker, JJ.

[No. 37458-7-II.  Division Two.  September 3, 2009.]

The State of Washington, *Respondent*, v. Tramaine Gregory Miles, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05900-0, Susan Serko, J., entered February 29, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Van Deren, C.J., and Houghton, J.